UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| SANDY M. MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV416-066 |
| | ) | |
| GULFSTREAM and SECURITAS, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

Previously, the Court ordered *pro se* plaintiff Sandy McKinney to supplement his incomplete and insufficient *in forma pauperis* (IFP) application. Doc. 3. He submitted a new application, but never answered seven questions the Court posed,[1] *see* doc. 4, despite a warning

---

[1] Those questions:

(1) What he spends each month for basic living expenses such as food, clothing, shelter, and utilities, and the dollar value of any public or private assistance he may receive;

(2) Where he gets the money to pay for those expenses (include all "off-the-books" income, whether in cash or in-kind);

(3) Whether he owns any means of transportation and, if he does not, whether he has regular access to same, as owned by another (including a rental company);

that "failure to comply with [that] directive" would fetch a dismissal recommendation. Doc. 3 at 5.

That warning was no idle threat and, therefore, this case should be **DISMISSED WITHOUT PREJUDICE.** *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada,* 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark,* 819 F.2d 1551, 1557 n. 6 (11th Cir. 1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice); *McKinley v. FDIC,* 2016 WL 930291 at * 2 (11th Cir. Mar. 11, 2016) (affirming this Court's Rule 41(b) dismissal because "(1) Plaintiff

---

(4)   Whether he possesses a cellular telephone, TV set, and any home electronics equipment (include estimated value and related carrying expenses, such as carrier and subscription fees);

(5)   Whether he is the account owner, or has signature power, as to any accounts with a bank or other financial institution;

(6)   Whether he anticipates any future income within the next year;

(7)   A list of any other cases showing an indigency-based, filing fee reduction or waiver granted by any other court (include the full case name, case number and the name of the court granting same).

Doc. 3 at 4-5.

blatantly flouted the magistrate judge's order, (2) the order warned Plaintiff of dismissal, and (3) the district judge dismissed without prejudice").

**SO REPORTED AND RECOMMENDED,** this  15th   day of March, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA