# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| SANDY M. MCKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV416-066 |
| ) | |
| GULFSTREAM and SECURITAS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's recommendation that Sandy McKinney's Title VII Complaint be dismissed without prejudice for her failure to follow a Court order. Doc. 5. Some background: when McKinney filed suit, she also submitted an IFP application that failed to convince the Court of her indigency. Doc. 2. In response, the Court ordered her to resubmit her application and answer seven additional questions designed to ferret out the truth of her financial condition. Doc. 3. McKinney resubmitted her IFP application, but she never answered the questions. Consequently, the Magistrate Judge recommended dismissal for failure to follow a Court Order. Doc. 5.

Now McKinney objects, arguing that the blank IFP application she used lacked those questions. Doc. 7 at 1. True enough, but not a valid excuse. The Magistrate Judge made clear that the blank IFP form was provided as a convenience only and that McKinney must answer the seven questions whether she used the form or a blank sheet of paper. *See* doc. 3 at 4-5. She didn't answer the questions then and fails to now -- she could have answered them in her objection. Hence, McKinney's objection is **OVERRULED,** the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, and her case is **DISMISSED.**

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA